Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103M
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Anthony Rodriguez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **Anthony Rodriguez**, <br><br> Defendant. | Case No.: 1:15-CR-00035 LJO-SKO <br><br> **DEFENDANT RODRIGUEZ'S FORMAL OBJECTIONS TO PRESENTENCING REPORT** <br><br> Date: July 20, 2015 <br> Time:  8:30 a.m. <br> Hon. Lawrence J. O'Neill |

**To the United States Probation Office for the Eastern District of California:**

Defendant Anthony Rodriguez hereby submits the following Formal Objections to the Presentence Investigation Report (PSR):

**FORMAL OBJECTIONS TO PRESENTENCE REPORT**

Defense counsel only had one informal objection to the draft Presentence Investigation Report.  The only informal objection was as follows:

**Objection to Sentencing Recommendation (PSR, p.17)**: objection is made to the recommended sentence of 41 months.  Defense submits that a low-end guideline is most appropriate in light of the plea agreement.  Based on the total

offense level and criminal history this would be a sentence of 33 months, which defense submits is reasonable in light of Mr. Rodriguez's substantial substance abuse problem, his acceptance of responsibility, and life history.

Defense renews this objection here.  Defense counsel is not requesting an evidentiary hearing concerning the foregoing formal objections.

## CONCLUSION

For the foregoing reasons, Defendant Anthony Rodriguez respectfully requests the Court to sentence him according to the terms of the plea agreement and in line with his criminal history category, which would make the term of imprisonment thirty-three (33) months.

Respectfully submitted,

Dated: July 6, 2015

/s/Nicco Capozzi_____

Nicco Capozzi
Attorney for Anthony Rodriguez